UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>NICOLAS ROHRBACH,<br><br>                Defendant. | NO. CR-09-2074-LRS-4<br><br>**ORDER DECLARING MISTRIAL AND SETTING NEW TRIAL DATE AND PRETRIAL CONFERENCE DATE** |

This matter came on for jury trial on April 26, 2010, and concluded on April 29, 2010, when the Court declared a mistrial on **Count 13** in the **Superceding Indictment** (Ct. Rec. 313). The government was represented by Assistant United States Attorney Thomas Hanlon, Esq. The Defendant, Nicolas Rohrbach, was present and represented by Ric Smith, Esq. This Order is entered to memorialize the oral rulings of the Court.

On April 29, 2010, the jury in the above-captioned case sent a note to the Court (Ct. Rec. 309), indicating that they were unable to reach a unanimous verdict on Count 13 but they had reached a verdict on Count 12. Following receipt of the note, the Court examined the jury, in the presence of counsel, and the defendant. The Court then heard from counsel for both parties outside of the jury's presence as to whether the

ORDER - 1

Court should issue any further supplemental instruction. Counsel requested the Court to read the Ninth Circuit Criminal Model Jury Instruction 7.7 (2003) for a deadlocked jury, which the Court did with modification.

Later on April 29, 2010, the jury sent another note (Ct. Rec. 311) indicating they were unable to reach a unanimous verdict on Count 13 after further deliberation. Following receipt of the note, the Court examined the jury, in the presence of counsel, and the defendant. The Court concluded that the jury was hopelessly deadlocked and that further deliberation would not assist in reaching a unanimous verdict. Counsel for the parties did not object. The government requested the Court declare a mistrial and Defendant objected to the same.

Accordingly, the Court declared a mistrial on Count 13, and discharged the jury on April 29, 2010.

**IT IS HEREBY ORDERED:**

1. The Court declares a **MISTRIAL** on **Count 13 of the Superceding Indictment** (Ct. Rec. 313).

2. Defendant's new speedy trial interval on Count 13 shall begin with the entry of this Order memorializing the oral ruling of the Court. *See* 18 U.S.C. § 3161(e) (stating trial to "commence within seventy days from the date the action occasioning the retrial becomes final"); *United States v. Crooks*, 804 F.2d 1441 (9th Cir. 1986) (holding under 18 U.S.C. § 3161(e) that "district court's order, not the dismissal of the jury, constituted the action occasioning the new trial").

ORDER - 2

3. Defendant's **NEW TRIAL** is set for **June 14, 2010** at **9:00 a.m.** in **Yakima**, Washington.  **Counsel shall meet with the Court in Chambers at 8:30 a.m. on the day of trial.  Any motions will be addressed at a pretrial conference in open court at 8:30 a.m.**

4. All pretrial motions, including motions *in limine*, must be filed and served **NO LATER THAN May 20, 2010.**  Responses and replies to any motions shall be filed and served in accordance with LR 7.1(c) and (d).

5. The **Pretrial Conference** is **SET** for **May 27, 2010 at 2:00 p.m**. in **Yakima**, Washington.  At this hearing, the Court will hear all pretrial motions, including motions *in limine*.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this   3rd   day of May, 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Chief United States District Judge

ORDER - 3